## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

NESSIA L.P.,

                Plaintiff,                24 **CIVIL** 1111 (GRJ)

   -against-                          **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision & Order dated November 18, 2024, Plaintiff is granted judgment on the pleadings and this matter is remanded for further administrative proceedings consistent with this Decision and Order.

**Dated:**  New York, New York
         November 19, 2024

                                          **DANIEL ORTIZ**
                                          **Acting Clerk of Court**

                **BY:**
                                          **Deputy Clerk**