UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
NESSIA POPE,

                       Plaintiff,                   <u>ORDER</u>
                                              1:24-CV-01111-GRJ

       v.

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL
SECURITY,

                       Defendant.
------------------------------------------------------
GARY R. JONES, United States Magistrate Judge:

       Pending before the Court is the parties' Stipulation for Allowance of

Fees under the Equal Access to Justice Act and Costs Under 28 U.S.C. §

1920. (Docket No. 28.)  The parties have stipulated that Plaintiff should be

awarded five thousand two-hundred three dollars and ninety-eight cents

($5,203.98) in attorney's fees under the Equal Access to Justice Act.

       Upon due consideration, it is **ORDERED**:

       Plaintiff is awarded attorney's fees under the EAJA in the amount of

**$5,203.98**. The payment of attorney's fees is subject to any offsetting debt

owed by the Plaintiff to the United States. Before the Commissioner shall

be obligated to pay the EAJA fees, the Commissioner must determine

whether Plaintiff owes a debt to the government. In the event the United

States Department of the Treasury determines that Plaintiff does not owe a

federal debt, the Commissioner must then pay the fees directly to Plaintiff's

counsel.

Dated: November 20, 2024          *s / Gary R. Jones*
                                  GARY R. JONES
                                  United States Magistrate Judge